101 F.3d 694
 Stavros Zafiratos
v.
Township of Monroe, Gloucester County, Estate of Martha
Driver, Alma Alexander, Jeannette Moyer, Jack Rubba, Charles
Fiore, James Atkinson, Albert Driver, Jack Luby; S & F Mini
fruit Market, Inc., Stavros S. Zafiratos, President v. State
of New Jersey, Albertson, Ward & McCaffery, Township of
Monroe, Gloucester County Prosecutors Office, Alma
Alexander, Jeannette Moyer, Jack Rubba, Charles Fiore, James
Atkinson, Albert Driver, Estate of Martha
 NO. 96-5107
 United States Court of Appeals,
Third Circuit.
 Oct 22, 1996
 
 Appeal From: D.N.J., Nos. 95-03605, 95-04419,
 Rodriguez, J.
 
 
 1
 AFFIRMED.